**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

GENERAL GRANT BELL,

    Petitioner,

v.                                                                CASE NO. 5:11cv309-MP-EMT

SECRETARY DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 23, 2011. (Doc. 2). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is DISMISSED for lack of jurisdiction and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Proceedings Under 28 U.S.C. § 2254.

    **DONE and ORDERED** this 9th day of January, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        CHIEF UNITED STATES DISTRICT JUDGE**